# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOJDEH OMIDI AND AURORA TELLERIA, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES INC., a Delaware corporation, et. al.,<br><br>Defendant. | Case No.: 14cv00857 JAH-BLM<br><br>**ORDER VACATING HEARING** |

After a careful review of the parties' submissions, the Court deems Defendant FirstSight Visions Services Inc.'s motion to dismiss (Doc. No. 59) and Defendant Wal-Mart Stores, Inc.'s motion to dismiss (Doc. No. 60) suitable for adjudication without oral argument. See CivLR 7.1 (d.1). Accordingly, IT IS HEREBY ORDERED the motions are taken under submission without oral argument and the hearing set for June 22, 2020 is VACATED. The Court will issue an order in due course.

DATED: June 16, 2020

_____
JOHN A. HOUSTON
United States District Judge

1

14cv00857 JAH-BLM